RICHARD SANDIFORD, Appellant, *v.* THE TOWN OF HEMPSTEAD, Respondent, and CARMAN FROST et al., Appellants.

*Sandiford* v. *Town of Hempstead*, 97 App. Div. 163, affirmed.
(Argued October 5, 1906; decided October 26, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 10, 1904, affirming a judgment in favor of defendant Town of Hempstead entered upon the report of a referee in an

action to establish the title of the appellants herein to certain premises and to land under water of Hempstead bay.

*Richard Sandiford*, in person, *W. Martin Jones, Jr.*, and *Charles L. Vandewater* for appellants.

*Edward E. Sprague* and *Fred Ingraham* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.